UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS PHARMACY, INC.; ESI MAIL PHARMACY SERVICE, INC; EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC.; ACCREDO HEALTH GROUP, INC.; LYNNFIELD DRUG, INC. d/b/a FREEDOM FERTILITY PHARMACY; LYNNFIELD COMPOUNDING CENTER, INC. d/b/a FREEDOM FP FERTILITY PHARMACY; and VILLAGE FERTILITY PHARMACY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> RODNEY RICHMOND, BRIAN JOLLY, DEBBIE MACK, LENORA NEWSOME, CLINT BOONE, WALTER LYN FRUCHEY, HAROLD H. SIMPSON, and BETH ANN DAVENPORT, in their official capacities as board members of the Arkansas State Board of Pharmacy; and JOHN C. KIRTLEY, in his official capacity as executive director of the Arkansas State Board of Pharmacy, <br><br> Defendants. | Case No. 4:25-cv-520-BSM |

**DECLARATION OF THOMAS D. JENKINS IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Thomas D. Jenkins, declare pursuant to 28 U.S.C. §1746 as follows:

1.  I am over the age of 18 and competent to provide this declaration in support of Plaintiffs' motion for a preliminary injunction.

1

2. I have personal knowledge of the facts set forth in this declaration and authorize the use of this declaration in connection with the above-captioned lawsuit.

3. I am currently the President of Evernorth Federal Services.

4. In that role, I am familiar with Express Scripts, Inc.'s ("ESI") government contracts and business relationships with government entities, including how those contracts affect Express Scripts Pharmacy, Inc. and ESI Mail Pharmacy Service, Inc. (together, "Express Scripts Pharmacy"); Accredo Health Group, Inc. ("Accredo"); and Lynnfield Drug Inc. d/b/a Freedom Fertility Pharmacy and Lynnfield Compounding Center, Inc. d/b/a Freedom FP Fertility Pharmacy (together, "Freedom Fertility").

5. ESI works with the U.S. Department of Defense ("DoD") to administer the TRICARE Pharmacy Benefits Program through a contract issued and administered by the Defense Health Agency ("DHA"), a component of DoD. I am responsible, on behalf of ESI, for managing the work ESI performs under the Statement of Work (Section C) in the contract between DoD and ESI. The Statement of Work sets forth ESI's key obligations in administering the TRICARE Pharmacy Benefits Program.

6. ESI provides services for TRICARE as a pharmacy benefits manager ("PBM"). As TRICARE's PBM, ESI processes pharmacy claims, maintains a retail pharmacy network consistent with DoD requirements, acts as a fiscal intermediary between DoD and retail pharmacies, and distributes prescriptions to beneficiaries through the TRICARE Mail-Order Pharmacy ("TMOP"). DoD requires ESI to administer a formulary (i.e., a list of covered medications) created and managed by DoD, and to charge TRICARE beneficiaries co-payments on the terms and in the amounts the government dictates. Refunds on the TRICARE formulary are negotiated between DoD and drug manufacturers.

7. ESI has provided PBM and pharmacy services for TRICARE beneficiaries for over two decades. It was first awarded a federal contract for TRICARE pharmacy services in 2002. Starting in 2003, ESI began fulfilling requirements to operate the TMOP, which helps DoD meet its statutory obligation to make prescription medications available to TRICARE beneficiaries directly by mail. In the ensuing years, DoD has elected to renew and expand its relationship with ESI, adding a retail pharmacy network in 2004 and specialty pharmacy services in 2009 to the services that ESI offers TRICARE beneficiaries. DoD most recently extended its TRICARE pharmacy benefit relationship with ESI in 2021. The current version of the federal contract, known as TPharm5, runs through 2029. Excerpts of a true copy of this contract are attached as Exhibit B to Plaintiffs' complaint.

8. ESI is subject to significant and ongoing supervision by DoD and DHA officials. DoD dictates almost all of ESI's responsibilities in supporting TRICARE. For example, the TPharm5 contract requires ESI to use the DoD-approved formulary, a tiered cost-sharing structure, and a preference for generic over branded products.

9. ESI and DoD representatives regularly meet to discuss performance of the TRICARE contract, including mail-order pharmacy administration. ESI representatives brief DoD representatives weekly and have a formal program review three times a year. ESI and DoD employees also interact daily regarding contract administration and execution. ESI communicates DoD guidance and instruction to Express Scripts Pharmacy as needed to execute the contract's Statement of Work. Representatives of Express Scripts Pharmacy also interact with DoD representatives, for example, during DoD reviews of the mail-order program.

10. The TPharm5 contract requires ESI to administer a national mail-order pharmacy program for TRICARE beneficiaries. ESI's mail-order pharmacy is Express Scripts Pharmacy. Consistent with ESI's mandate to administer a national mail-order program, Express Scripts

3

Pharmacy provides mail-order services in all 50 states, the District of Columbia, U.S. territories, and diplomatic and military post offices overseas.

11. Based on information available to me, Express Scripts Pharmacy dispensed more than 386,000 prescription medications to more than 20,000 TRICARE beneficiaries in Arkansas in 2024.

12. ESI informed DoD of its intent to use Express Scripts Pharmacy as TRICARE's mail-order pharmacy when ESI submitted its proposal to administer the TRICARE Pharmacy Benefits Program in 2002. When DoD awarded the TRICARE pharmacy benefits contract to ESI, it accepted Express Scripts Pharmacy as the TRICARE mail-order pharmacy.

13. Under the TPharm5 contract, ESI may designate pharmacies to dispense specialty pharmaceutical agents by mail order, subject to DoD approval. ESI has designated Accredo and Freedom Fertility for this purpose, and the government approved that designation on July 27, 2023, effective March 1, 2024. That approval is reflected in Exhibit C to Plaintiffs' complaint, which includes excerpts from the modification to the TPharm5 contract agreed to by DHA and ESI. Section F.5 lists ESI-affiliated facilities authorized for replenishment of pharmaceutical agents used in mail-order fulfillment. Location HT806C, in Lynnfield, MA, is a facility associated with Freedom Fertility. Locations HGC006 and HT800C in Tempe, Arizona; HT801C in Memphis, Tennessee; HT802C in New Castle, Delaware; HT803C in Orlando, Florida; HT804C in Warrendale, Pennsylvania; and HT805C in Whitestown, Indiana, are facilities associated with Accredo. In 2024, Accredo and Freedom Fertility shipped more than 10,000 prescriptions to Arkansan TRICARE beneficiaries.

14. Because ESI uses its in-house mail-order and specialty pharmacies as TRICARE's mail-order pharmacy nationwide and overseas, ESI can achieve cost savings for the federal government – through the elimination of transaction costs, redundancies, and other

inefficiencies – that it would not be able to achieve if it used external pharmacies. This enables ESI to help DoD meet its statutory obligation under 10 U.S.C. §1073a(a) to obtain the best value when awarding TRICARE contracts.

15. To my knowledge, the only other mail-order pharmacies that could have the scale and experience needed to serve TRICARE beneficiaries nationwide are affiliated with the other major PBMs that compete directly with ESI and are similarly affected by Act 624.

16. Replacing Express Scripts Pharmacy, Accredo, and Freedom Fertility as TRICARE's mail-order pharmacies nationwide or only in Arkansas would be impractical and costly. The TMOP operates on a replenishment model, whereby ESI's mail-order pharmacies replenish their supplies of pharmaceuticals from DoD's national prime vendor at designated replenishment sites operated by ESI-affiliated pharmacies. The replenishment model enables the government to benefit from the lower pharmaceutical prices available to the government through the Federal Ceiling Price and the Federal Supply Schedule. Importantly, in section C.6.8.9.1 of the TPharm5 contract, the government has limited ESI to a maximum of 12 replenishment sites for servicing all beneficiaries nationwide and overseas, and none of those sites is located in Arkansas.

17. Because of these constraints, it would be highly impractical for DoD and ESI to shift to a new mail-order pharmacy nationwide or create a new mail-order system just for Arkansas, even if that were permitted under the TPharm5 contract. A new pharmacy would need significant capabilities, including the ability to dispense specialty medications and offer accompanying services. Given the numerous requirements the mail-order pharmacy is required to meet under the TRICARE statute and contract, it can take well over a year for a new pharmacy to implement the TRICARE pharmacy benefits program. For example, DoD authorized all offerors up to 18 months to implement the TPharm5 contract. Because a new

mail-order pharmacy that is not affiliated with ESI would need a significant amount of time to implement TRICARE's requirements, shifting TRICARE's entire mail-order relationship to a new pharmacy, or onboarding a new pharmacy just for Arkansas, would undermine TRICARE's stability, generate significant transition costs, and risk disrupting the supply of medications to TRICARE beneficiaries during that period, which likely would run well past Act 624's January 1, 2026 effective date.

18. Practicalities aside, designating a specific mail-order pharmacy only for Arkansas would impair DoD's and ESI's ability to carry out their statutory and contractual obligations to maintain a *uniform* national pharmacy program. Forcing DoD and ESI to select different mail-order pharmacies in different states would deprive the federal government of the efficiency of a centralized operation with an integrated national pharmacy system that can quickly shift stock internally to the places they are needed. And the duplication of functions by a subcontractor that is not fully integrated with ESI's mail-order pharmacies would add significant new costs for the federal government. This would introduce inefficiencies in the management of TRICARE's stock of medications, increase costs for the federal government, and lead to lower-quality services for Arkansans.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of June, 2025, in St. Louis, Missouri.

*[signature: Thomas Jenkins]*

Thomas D. Jenkins