# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **EXPRESS SCRIPTS, INC.**, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**RODNEY RICHMOND**, et al.,<br><br>　　　　　　Defendants. | **CASE NO. 4:25-CV-520**<br>Hon. Brian S. Miller |
| **CVS PHARMACY, INC.**, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**ARKANSAS STATE BOARD OF PHARMACY**, et al.,<br><br>　　　　　　Defendants. | **CASE NO. 4:25-CV-524**<br>Hon. Brian S. Miller |
| **PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION**, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**ARKANSAS STATE BOARD OF PHARMACY**, et al.,<br><br>　　　　　　Defendants. | **CASE NO. 4:25-CV-561**<br>Hon. Brian S. Miller |
| **OPTUM, INC.**, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**RODNEY RICHMOND**, et al.,<br><br>　　　　　　Defendants. | **CASE NO. 4:25-CV-598**<br>Hon. Lee P. Rudofsky |

**DEFENDANTS' UNOPPOSED MOTION TO CONSOLIDATE, TO FILE A CONSOLIDATED RESPONSE TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION, AND TO EXTEND RESPONSE BRIEF DEADLINE**

Under Rule 42 of the Federal Rules of Civil Procedure and for the reasons stated in the accompanying brief in support, Defendants Arkansas State Board of Pharmacy; Rodney Richmond, Brian Jolly, Debbie Mack, Lenora Newsome, Clint Boone, Walter Lyn Fruchey,

Harold H. Simpson, and Beth Ann Davenport, in their official capacities as members of the Board; and John Kirtley, in his official capacity as executive director of the Board, respectfully move to (i) consolidate *Express Scripts, Inc. v. Richmond*, No. 4:25-CV-520 (E.D. Ark.) ("*Express Scripts*"), *CVS Pharmacy, Inc. v. Ark. State Bd. of Pharmacy*, No. 4:25-CV-524 (E.D. Ark.) ("*CVS*"), *Pharmaceutical Care Mgmt. Ass'n v. Ark. State Bd. of Pharmacy*, No. 4:25-CV-561 (E.D. Ark.), and *Optum, Inc. v. Richmond*, No. 4:25-CV-598 (E.D. Ark.); (ii) file a consolidated response that responds to the motions for preliminary injunction pending in two of the four cases (*see Express Scripts*, ECF No. 16–21; *CVS*, ECF No. 12, 14); and (iii) extend Defendants' time to respond from 14 to 30 days, to July 11, 2025.

Defendants have consulted with the Plaintiffs in all four cases, and none of the Plaintiffs object to this motion. Plaintiffs have requested the ability to file individual replies to Defendants' response as opposed to a consolidated reply. Defendants do not object to their request.

June 20, 2025                                    Respectfully submitted,

                                                  Jordan Broyles
                                                  Ark. Bar No. 2015156
                                                  Senior Assistant Attorney General

                                                  Ryan Hale
                                                  Ark. Bar No. 2024310
                                                  Senior Assistant Attorney General

                                                  Office of the Attorney General
                                                  101 West Capitol Avenue
                                                  Little Rock, Arkansas 72201
                                                  (501) 301-0169
                                                  (501) 682-2591
                                                  jordan.broyles@arkansasag.gov
                                                  ryan.hale@arkansasag.gov

                                                  *Counsel for Defendants*