**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

|  |  |
|---|---|
| EXPRESS SCRIPTS, INC. *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RODNEY RICHMOND *et al.*, <br><br> *Defendants* | Lead Case No. 4:25-cv-00520-BSM |
| OPTUM, INC. *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RODNEY RICHMOND *et al.*, <br><br> *Defendants*. | Member Case No. 4-25-cv-00598-BSM |

**DECLARATION OF LASHANDA COBBS IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR A PRELIMINARY INJUNCTION**

I, LaShanda Cobbs, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age and am competent to make this declaration in support of Plaintiffs' motion for a preliminary injunction. Unless otherwise indicated, the facts set forth in this declaration are based on my personal knowledge or on information provided to me by others in my organization. If called as a witness, I could testify competently to the facts set forth below.

2. I am currently the Chief Operating Officer of Genoa Healthcare, LLC ("Genoa"). In that capacity, I am responsible for overseeing and optimizing the daily operations of the Genoa Healthcare pharmacy business. The COO ensures operational excellence, regulatory compliance

1

and the delivery of high-quality pharmacy services, aligning with the company's strategic goals and mission. I also direct and oversee all operational functions across retail, wholesale and specialty pharmacy segments for Genoa.

3. In my capacity as Chief Operating Officer of Genoa Healthcare, I am very familiar with Genoa's pharmacies, both nationally and in Arkansas specifically.

4. I am aware that the Governor of Arkansas signed House Bill 1150, now Act 624, into law on April 16, 2025, that the effective date of Act 624's divestiture mandate is January 1, 2026, and that the law requires notice to pharmacy patients on or before November 2, 2025 that PBM-affiliated pharmacies will no longer be able to provide medications in Arkansas.

5. I make this declaration to describe Genoa Healthcare's revenue from operating in Arkansas and its other assets in Arkansas, all of which will be lost if enforcement of Act 624 is not enjoined.

## I. Genoa Pharmacies' Operations and Assets in Arkansas

6. Through its wholly owned subsidiary, Genoa Healthcare, LLC ("Genoa"), Optum, Inc. ("Optum") owns and operates eleven brick-and-mortar pharmacies in Arkansas, employing 56 Arkansans.

7. When Optum purchased Genoa in September 2018, there were seven Genoa pharmacies in Arkansas. Optum considered the value of those pharmacies in determining Genoa's overall value and the purchase price it was willing to pay for Genoa.

8. After Optum's acquisition, Genoa opened four additional pharmacies in Arkansas. Opening those pharmacies required Genoa to invest resources in planning, negotiating contracts, purchasing equipment, and recruiting staff, among other expenses.

9.      The Genoa pharmacies are located in behavioral and community health clinics, which helps to improve medication adherence and health outcomes.   Having the pharmacy located in the same building as the clinic providers allows patients to access the Genoa pharmacy for their medication prior to departure from their appointments.  Though patients have a choice in which pharmacy to use, the clinic patients serve as a built-in customer base for Genoa's conveniently located pharmacies.  Over time, Genoa's pharmacies have become the pharmacy of choice for the majority of patients that these clinics treat.

10.      Optum's eleven brick-and-mortar Genoa pharmacies in Arkansas account for more than $73.5 million in annual revenue.

11.      In addition to this substantial revenue, Genoa has several types of assets in Arkansas, including its leases, personal property and prescription files.

12.      **Leases**: Genoa leases the location of each of its brick-and-mortar pharmacies in Arkansas.  These leases are for space within behavioral and community health clinics.

13.      **Property**: Genoa pharmacies, including the eleven physical locations in Arkansas, own various types of personal property at their pharmacy locations.  This property includes various forms of specialized pharmacy equipment (such as pill automation systems, freezers, medical fridges, and sinks).  Genoa also purchases and installs hot water heaters to meet a Board of Pharmacy requirement for hot water to heat up to 100 degrees within one minute; HVAC systems to ensure that medications are maintained within the required stability temperature compliance range; and electrical systems to accommodate their workstations and ensure that the systems can accommodate low voltage outlets.

14.      Genoa also purchases and owns office furniture (cabinets, desks, chairs), various office supplies (first-aid kits, paper, cords, lock boxes, cable ties, and tools, monitors, monitor

3

mounts, data racks, routers, circuits, check scanners, PIN pads, cash drawers, signage, glassware, cameras, printers, safes, telephones), cleaning supplies and tools (including vacuums, ladders), and other electrical equipment (light fixtures, alarms, and generators).

15.     The average total value of this property at an individual Genoa pharmacy location is approximately $124,000.  Because Genoa has eleven physical locations in Arkansas, the total value of its property in Arkansas is estimated to be $1.364 million.

16.     **Prescription Files**: Genoa also owns and utilizes prescription files that contain valuable prescription and refill information about every patient that is using a Genoa pharmacy in Arkansas.  These prescription files contribute to Genoa's revenue stream.

## II.    Impact of Act 624

17.     If Act 624 is not enjoined, Optum will be forced to shutter or sell its eleven Genoa pharmacies in Arkansas.  A sale would entail the purchase of Genoa's valuable prescription files as well as all of Genoa's property in Arkansas (totaling over approximately $1.3 million in value).  Genoa's leases for space in health clinics in Arkansas would also need to be sold or transferred.

18.     As noted above, the eleven Genoa pharmacies in Arkansas account for more than $73.5 million in annual revenue.  If Optum cannot sell off its Genoa pharmacies to qualified buyers, then those revenue streams will likely cease entirely, resulting in a catastrophic diminution of those pharmacies' value.   Optum would also lose the approximately $1.364 million it spent on its property at the eleven Genoa locations in Arkansas.

19.     And even if a qualified buyer can be found, Optum likely will not be able to attain full value for those pharmacies.  Purchasers will be in a strong negotiating position given Act 624's impending deadline, and the speed with which Optum must complete the sales likely will

produce depressed sale values significantly below what Optum could attain in ordinary circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of July 2025.

LaShanda Cobbs (07/17/2025 17:22 EDT)

LaShanda Cobbs