UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EXPRESS SCRIPTS INC., et al.**                                                            **PLAINTIFFS**

**v.**                              **CASE NO. 4:25-CV-00520-BSM**

**RODNEY RICHMOND, et al.**                                                       **DEFENDANTS**

## ORDER

Reporter with Arkansas Advocate, Tess Vrbin, is hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the Little Rock Richard Sheppard Arnold United States Courthouse, Courtroom 2D, for a hearing beginning on Wednesday, July 23, 2025 at 10:00 a.m. in the above styled case, subject to the following rules:

1. The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

2. Cell phones must be turned off and put away when in the courtroom.

3. Wireless internet components of electronic devices must be deactivated when in district courtrooms.

4. Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to, placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

5. Effective January 1, 2023, all electronic cigarettes including e-cigarettes, e-pens,

e-pipes, e-hookah, and e-cigars and any type of Smartwatch including iPhone and Apple Watch, are prohibited from being brought into the courthouse. Cell phones remain a prohibited object.

6. The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (1), (2), or (3) may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 22nd day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE