IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EXPRESS SCRIPTS, INC.,** *et al.*                                          **PLAINTIFFS**

**v.**                                          **CASE NO. 4:25-CV-00520-BSM**
                                          **CASE NO. 4:25-CV-00524-BSM**
                                          **CASE NO. 4:25-CV-00561-BSM**
                                          **CASE NO. 4:25-CV-00598-BSM**

**RODNEY RICHMOND,** *et al.*                                          **DEFENDANTS**

### NOTICE OF APPEAL

Defendants Arkansas State Board of Pharmacy, Rodney Richmond, Brian Jolly, Debbie Mack, Lenora Newsome, Clint Boone, Walter Lyn Fruchey, Harold H. Simpson, and Beth Ann Davenport, in their official capacities as members of the Arkansas State Board of Pharmacy, and John Kirtley, in his official capacity as Executive Director of the Arkansas State Board of Pharmacy, appeal to the United States Court of Appeals for the Eighth Circuit from the preliminary injunction order entered on July 28, 2025. *See* Order, ECF No. 73 (Case No. 4:25-cv-520); Order, ECF No. 24 (Case No. 4:25-cv-524); Order, ECF No. 19 (Case No. 4:25-cv-561).[1] The United States Court of Appeals for the Eighth Circuit has jurisdiction over this interlocutory appeal pursuant to 28 U.S.C. § 1292(a)(1).

---

[1] This action was originally initiated via four separate lawsuits. The Court consolidated the lawsuits into a single case and designated Case No. 4:25-cv-520-BSM as the lead case. *See* Order, ECF No. 31 (Case No. 4:25-cv-520) ("Defendants' unopposed motions to consolidate in [the four above-listed cases] are granted. All future filings should be filed in *Express Scripts, Inc. et al. v. Richmond et al.*, Master File No. 4:25-cv-00520-BSM."). While the preliminary injunction order was entered on the docket in three of the cases, and the preliminary injunction order in each of those cases is identical, it was not entered on the docket in Case No. 4:25-cv-598.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:    Ryan Hale
       Ark. Bar No. 2024310
       Senior Assistant Attorney General

       Asher Steinberg
       Ark. Bar No. 2019058
       Senior Assistant Solicitor General

       Jordan Broyles
       Ark. Bar No. 2015156
       Senior Assistant Attorney General

       Arkansas Attorney General's Office
       101 West Capitol Avenue
       Little Rock, AR 72201
       (501) 295-7419
       (501) 682-2591 fax
       ryan.hale@arkansasag.gov
       asher.steinberg@arkansasag.gov
       jordan.broyles@arkansasag.gov

       *Attorneys for Defendants*