# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**EXPRESS SCRIPTS, INC.,** *et al.*                                                                 **PLAINTIFFS**

v.            **CASE NO. 4:25-CV-00520-BSM**
              **CASE NO. 4:25-CV-00524-BSM**
              **CASE NO. 4:25-CV-00561-BSM**
              **CASE NO. 4:25-CV-00598-BSM**

**RODNEY RICHMOND,** *et al.*                                                                      **DEFENDANTS**

### JOINT MOTION FOR STAY OF PROCEEDINGS

Plaintiffs and Defendants submit their Joint Motion for Stay of Proceedings pending the appeal of the Court's preliminary-injunction order, and state:

1. On July 28, 2025, the Court entered an order granting Plaintiffs' motions for preliminary injunction and enjoining Arkansas Act 624 from taking effect, finding the Act likely violates the Commerce Clause and is likely preempted by TRICARE. Doc. No. 24.

2. Defendants have filed the notice of appeal of the preliminary injunction.

3. The Parties move for a stay of proceedings in this Court, including first responsive-pleading deadlines, pending the appeal of the Court's preliminary injunction.

4. The Eighth Circuit's decision in that appeal could bear on further proceedings in this case, and proceeding before the decision is rendered could require the Court to revisit any rulings it reaches after it received further guidance from the Eighth Circuit.

5. This motion is jointly made on behalf of all parties without objection.

6. The Parties seek this extension in good faith and not for any improper purpose.

7. Pursuant to Local Rule 7.2(d), no brief is submitted in support of this motion.

WHEREFORE, all Plaintiffs and Defendants respectfully request the Court grant their motion and enter an order staying proceedings in this Court until the appeal is decided and setting a 30-day status report deadline from the date the mandate is released.

Respectfully submitted,

| | |
|---|---|
| Scott P. Richardson (Ark. Bar. No. 2001208) | J. Carter Fairley, AR BIN 99068 |
| Bart W. Calhoun (Ark. Bar. No. 2011221) | Ben C. Hall, AR BIN 2010159 |
| Brittany Dawn Webb (Ark. Bar. No. 2023139) | BARBER LAW FIRM PLLC |
| Lauren E. McCauley (Ark. Bar. No. 2023140) | 1 Allied Drive |
| MCDANIEL WOLFF PLLC | Suite 1600 |
| 1307 West Fourth Street | Little Rock, AR 72202 |
| Little Rock, AR 72201 | 501-372-6175 / 888-412-3288 - facsimile |
| (501) 954-8000 (tel.) | cfairley@barberlawfirm.com |
| (866) 419-1601 (fax) | bhall@barberlawfirm.com |
| scott@mcdanielwolff.com | |
| bart@mcdanielwolff.com | Jeffrey B. Wall* |
| bwebb@mcdanielwolff.com | Judson O. Littleton* |
| lmccauley@mcdanielwolff.com | SULLIVAN & CROMWWELL LLP |
| | 1700 New York Avenue, N.W. |
| Jennifer Milici* | Washington, DC 20006 |
| Daniel S. Volchok* | (202) 956-7500 |
| Kevin M. Lamb* | wallj@sullcrom.com |
| Joseph M. Meyer* | littletonj@sullcrom.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 2100 Pennsylvania Ave. NW | * admitted *pro hac vice* |
| Washington, DC 20037 | |
| (202) 663-6000 (tel.) | *Counsel for CVS Plaintiffs* |
| (202) 663-6363 (fax) | |
| jennifer.milici@wilmerhale.com | |
| daniel.volchok@wilmerhale.com | |
| kevin.lamb@wilmerhale.com | |
| joseph.meyer@wilmerhale.com | |

* admitted *pro hac vice*

*Counsel for ESI Plaintiffs*

| | |
|---|---|
| David S. Mitchell, Jr. (Ark. Bar 2010271) | Peter Shults (Ark. Bar No. 2019021) |
| ROSE LAW FIRM, | Amanda G. Orcutt (Ark. Bar No. 2019102) |
| A PROFESSIONAL ASSOCIATION | SHULTS LAW FIRM LLP |
| 120 East Fourth Street | 200 West Capitol Avenue |

Little Rock, AR 72201
(501) 375-9131
dmitchell@roselawfirm.com

Tyler D. Mlakar (Ark. Bar 2022150)
ROSE LAW FIRM,
A PROFESSIONAL ASSOCIATION
809 S. 52nd St., Ste. A
Rogers, AR 72758
(479) 301-2444
tmlakar@roselawfirm.com

Michael B. Kimberly*
Linda M. Blair*
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
(202) 282-5096
mkimberly@winston.com
lblair@winston.com

* admitted *pro hac vice*

*Counsel for PCMA Plaintiffs*

Suite 1600
Little Rock, AR 72201
Telephone: (501)-375-2301
pshults@shultslaw.com
aorcutt@shults.law.com

Allyson N. Ho*
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
aho@gibsondunn.com

Geoffrey M. Sigler*
Matthew S. Rozen*
Clare F. Steinberg*
M. Christian Talley*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, DC 20036
Telephone: (202) 955-8500
gsigler@gibsondunn.com
mrozen@gibsondunn.com
csteinberg@gibsondunn.com
ctalley@gibsondunn.com

* admitted *pro hac vice*

*Counsel for Optum Plaintiffs*

TIM GRIFFIN
Attorney General

RYAN HALE
Ark. Bar No. 2024310
Senior Assistant Attorney General
ASHER STEINBERG
Ark. Bar No. 2019058
Senior Assistant Solicitor General
JORDAN BROYLES
Ark. Bar No. 2015156
Senior Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
101 West Capitol Avenue
Little Rock, AR 72201

3

(501) 295-7419
(501) 682-2591 fax
ryan.hale@arkansasag.gov
asher.steinberg@arkansasag.gov
jordan.broyles@arkansasag.gov

*Counsel for Defendants*