IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EXPRESS SCRIPTS, INC.,** *et al.*                                    PLAINTIFFS

v.                    CASE NO. 4:25-CV-00520-BSM
                      CASE NO. 4:25-CV-00524-BSM
                      CASE NO. 4:25-CV-00561-BSM
                      CASE NO. 4:25-CV-00598-BSM

**RODNEY RICHMOND,** *et al.*                                         DEFENDANTS

## ORDER

The parties' joint motion for a stay of proceedings [Doc. No. 78, Case No. 4:25-cv-00520-BSM] is granted and the above-referenced cases are stayed pending the resolution of defendants' interlocutory appeal [Doc. No. 77, Case No. 4:25-cv-00520-BSM]. The parties shall file a status report within thirty days from the date the mandate is released.

IT IS SO ORDERED this 4th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE