# U.S. District Court

## Arkansas Eastern - Little Rock

Receipt Date: Aug 6, 2025 4:35PM

OFFICE OF THE ATTORNEY GENERAL
CLEARING ACCOUNT
P.O. BOX 3617
LITTLE ROCK, AR 72203

Rcpt. No: 11528                    Trans. Date: Aug 6, 2025 4:35PM                    Cashier ID: #FG (3425)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | DARE425CV000520 /001 | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #1649 | 08/6/2025 | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

Total Cash Received: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 06 2025

TAMMY H. DOWNS, CLERK

By: _____



DEP CLERK