**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**EXPRESS SCRIPTS, INC., et al.**                                                                      **PLAINTIFFS**

**v.**                          **CASE NOS. 4:25-cv-00520-BSM
4:25-cv-00524-BSM
4:25-cv-00561-BSM
4:25-cv-00598-BSM**

**RODNEY RICHMOND, et al.**                                                                      **DEFENDANTS**

**MOTION TO WITHDRAW COUNSEL**

Asher Steinberg, counsel for Defendants Arkansas State Board of Pharmacy; Rodney Richmond, Brian Jolly, Debbie Mack, Lenora Newsom, Clint Boone, Walter Lyn Fruchey, Harold H. Simpson, and Beth Ann Davenport, in their official capacities as Board Members of the Arkansas State Board of Pharmacy; and John C. Kirtley, in his official capacity as Executive Director of the Arkansas State Board of Pharmacy, respectfully moves to withdraw as an attorney of record in this matter. Mr. Steinberg will be leaving the employment of the Office of the Arkansas Attorney General effective November 10, 2025. Defendants will continue to be represented by other counsel of record from the Office of the Arkansas Attorney General.

Dated: November 7, 2025.

Respectfully submitted,

TIM GRIFFIN
  Arkansas Attorney General

ASHER STEINBERG (Ark. Bar No. 2019058)
  Senior Assistant Solicitor General

OFFICE OF THE ARKANSAS ATTORNEY
  GENERAL
101 West Capitol Avenue
Little Rock, AR 72201
(501) 682-1051
Asher.Steinberg@ArkansasAG.gov