**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| Express Scripts, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Rodney Richmond, *et al.*, <br><br> Defendants. | No. 4:25-cv-00520 <br><br> **MOTION TO ADMIT STEVEN ENGEL *PRO HAC VICE*** |

1.      Pharmacy Consultants LLC, Caremark North Carolina Specialty Pharmacy LLC, Coventry Health Care of Kansas Inc., CaremarkPCS Pennsylvania Mail Pharmacy LLC, CVS Pharmacy Inc., Central Rx Services LLC, Caremark Kansas Specialty Pharmacy LLC, Caremark Florida Specialty Pharmacy LLC, CVS Caremark Advanced Technology Pharmacy LLC, Caremark New Jersey Specialty Pharmacy LLC, Coram Alternate Site Services Inc, JHC Acquisition LLC, Holiday CVS LLC, AMC-Tennessee LLC, Coventry Health Care of Missouri Inc., Caremark Tennessee Specialty Pharmacy LLC, IGG of America LLC, Caremark Michigan Specialty Pharmacy LLC, Caremark Rx LLC, NCS Healthcare of Kentucky LLC, Caremark Arizona Specialty Pharmacy LLC, Caremark Illinois Specialty Pharmacy LLC, Caremark Massachusetts Specialty Pharmacy LLC, Caremark Arizona Mail Pharmacy LLC, ProCare Pharmacy LLC, Caremark Florida Mail Pharmacy LLC, SilverScript Insurance Company, Caremark Texas Mail Pharmacy LLC, ProCare Pharmacy Direct LLC, Advanced Care Scripts Inc., CVS RX Services Inc., Express Pharmacy Services of PA LLC, Caremark LLC, Arkansas CVS Pharmacy LLC, CP Acquisition LLC, and Coventry Health and Life Insurance Company (collectively, "CVS Plaintiffs"), pursuant to Local Rule 83.5(d), by and through their attorney at Barber Munson, undersigned, as counsel of record in this case for CVS Plaintiffs and as a member of the bar of this Court, moves the Court to admit Steven Engel to the bar of this Court to represent CVS Plaintiffs in this case.

2.      Steve Engel is a Partner at Dechert LLP, 1900 K Street, NW, Washington, DC, United States of America 20006-1110 email address: steven.engel@dechert.com.

3.      Steve Engel is a member of the bar admitted to practice in the state court of the New York, the District of Columbia, the Supreme Court of the United States, U.S. Court of Appeals for the District of Columbia Circuit, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Eighth Circuit, the  U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, U.S. District Court for the District of Columbia, and U.S. District Court for the Southern District of New York.

4.      Steve Engel has not been the subject of any disbarment or disciplinary proceeding. The Court and the other attorneys in this case may readily communicate with the undersigned regarding the conduct of this case.

WHEREFORE, the undersigned prays that the Court grant this motion and admit Steve Engel *pro hac vice* to the bar of this Court to represent CVS Plaintiffs.

Dated:  May 12, 2026                             Respectfully submitted,

J. Carter Fairley, AR BIN 99068
BARBER LAW FIRM PLLC
1 Allied Drive
Suite 1600
Little Rock, AR 72202
501-372-6175 / 888-412-3288 - facsimile
cfairley@barberlawfirm.com

**Attorney for CVS Plaintiffs**

2